DIVIDENDS REMITTED TO THE COURT

Case Number 09-35914 - HASSEN, ROBERT P.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GE Money Bank**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000006 | 140.84 | 4.40 |
| ---------- Remittance Total --------------- | | 140.84 | 4.40 |

CHARLES W. RIES, Trustee